# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 16-10971-AMC

SHEILA OLIVER

605 LINDLEY AVE

PHILADELPHIA, PA 19120-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
SHEILA OLIVER

605 LINDLEY AVE

PHILADELPHIA, PA 19120-

**Counsel for debtor(s), by electronic notice only.**
GEORGETTE MILLER
335 EVESHAM AV

LAWNSIDE, NJ 08045-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

                                          /s/ William C. Miller

Date: 8/17/2016

                                        _____
                                        William C. Miller, Esquire
                                        Chapter 13 Standing Trustee