# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-10971-AMC

SHEILA OLIVER

605 LINDLEY AVE

PHILADELPHIA, PA 19120-

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    SHEILA OLIVER

    605 LINDLEY AVE

    PHILADELPHIA, PA 19120-

Counsel for debtor(s), by electronic notice only.

    GEORGETTE MILLER
    335 EVESHAM AV

    LAWNSIDE, NJ 08045-

Date: 8/18/2016

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee