IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: SHEILA OLIVER
                                    :        CHAPTER 13
                                    :
        DEBTOR                      :        CASE NO.: 16-10971 AMC

## NOTICE FOR DEBTOR'S MOTION TO AVOID LIEN

Debtor Sheila Oliver has filed the attached Motion to Avoid Lien with this court. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)** If you want the court to consider your views on the Motion, then on or before 12/9/16 you or your attorney must:
File with the court a written response at:

   U.S. Bankruptcy Court
   900 Market Street
   Philadelphia, PA  19107
   Attn: Bankruptcy Clerk

   If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.
   You must mail a copy to:
   Georgette Miller
   Law Offices of Georgette Miller, Esq., P.C.
   335 Evesham Avenue
   Lawnside, NJ  08045

   You or your attorney must attend the hearing scheduled to be held on 12/20/16 at 11:00am in Courtroom #5 U.S. Bankruptcy Court, 900 Market Street, Philadelphia, PA  19107. If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

                                    Dated: 11/21/16

                                    /s/Michelle Lee____
                                    Michelle Lee, Esquire
                                    Offices of Georgette Miller
                                    Esq., PC
                                    119 S. Easton Road
                                    Glenside, PA 19038