IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    SHEILA OLIVER | : | CHAPTER 13 |
| | : | |
| | : | |
|    DEBTOR. | : | CASE NO: 16-10971 AMC |

CERTIFICATION OF NO RESPONSE

     I, the undersigned, certify that, having served or caused to be served, a copy of the Motion to Avoid Lien of Midland Funding, LLC on November 21, 2016, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date.

     I respectfully request that the Court enter the attached Order.

Dated: December 19, 2016

                                              /s/ Michelle Lee

                                              Michelle Lee, Esq.
                                              Law Offices of Georgette Miller, Esq., P.C.
                                              119 S. Easton Rd.
                                              Glenside, PA 19038

{00252020;v1}