United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 16-10971-amc
Sheila Oliver                                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Denine              Page 1 of 1           Date Rcvd: Dec 20, 2016
                              Form ID: pdf900           Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2016.
db             +Sheila Oliver,    605 Lindley Ave.,    Philadelphia, PA 19120-3132
13675059       +Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0


         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2016 at the address(es) listed below:
         ANDREW F GORNALL    on behalf of Creditor    Nationstar Mortgage LLC agornall@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         GEORGETTE  MILLER    on behalf of Plaintiff Sheila  Oliver info@georgettemillerlaw.com,
          georgettemillerlaw@gmail.com;MLee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
          rlaw.com
         GEORGETTE  MILLER    on behalf of Debtor Sheila  Oliver info@georgettemillerlaw.com,
          georgettemillerlaw@gmail.com;MLee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
          rlaw.com
         THOMAS I. PULEO    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                           TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: SHEILA OLIVER
                                              :        CHAPTER 13
                                              :
                 DEBTOR                       :        CASE NO.: 16-10971 AMC

ORDER

This _____ day of _____ Dec ·_____, 2016 , upon motion of the

debtor to avoid an alleged judicial lien and/or nonpossessory, nonpurchase

money security interest in exempt real or personal property held by Midland Funding,

LLC and identified as located at Philadelphia Municipal Court, No. SC-15-10-27-6123.

The real property is know as 605 Lindley Ave. Philadelphia, PA 19120.

And the debtor having asserted that the alleged lien is subject to avoidance

pursuant to 11 U.S.C. § 522(f)(1)(A) or (B),

And the debtor having certified that adequate notice of the motion was sent

to the lienholder and that no answer or other response to the motion has been

filed,

Accordingly, it is hereby ordered that the motion is granted by default and

the judicial lien and/or a nonpossessory, nonpurchase money security interest in

real or personal property held by Midland Funding, LLC if any, on the aforementioned

property is avoided upon discharge

_____
Ashely M. Chan
United States Bankruptcy Judge