### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Sheila Oliver | : | CHAPTER 13 |
| | : | |
| DEBTOR | : | CASE NO. 16-10971 |

### CERTIFICATION OF NO RESPONSE

    I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Application and Proposed Order on <u>March 3, 2013</u>, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

    I respectfully request that the Court enter the attached Order.


Dated: March 23, 2017                    <u>/s/ Georgette Miller</u>
                                                                 Georgette Miller

                                                                 Law Offices of Georgette Miller Esq., P.C
                                                                 335 Evesham Avenue
                                                                 Lawnside, NJ 08045
                                                                 856-323-1100
                                                                 Bar I.D. 86358
                                                                 Attorney for Debtor

{00251867;v1}