**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Sheila Oliver | | CHAPTER 13 |
| | Debtor | |
| Nationstar Mortgage LLC | Movant | |
| vs. | | NO. 16-10971 AMC |
| Sheila Oliver | Debtor | |
| William C. Miller, Esq. | Trustee | 11 U.S.C. Section 362 |

## ORDER

AND NOW, this 6th day of February, 2018, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is GRANTED, and the Loan Modification Agreement executed on December 22, 2017 is permitted, and the execution of the Agreement by the Debtor and the Movant, and Movant's recordation of the Agreement in the County land records (if applicable) are not a violation of the automatic stay, 11 U.S.C Section 362(a), or of the provisions of 11 USC § 549.

_____
Ashely M. Chan, U.S. Bankruptcy Judge

cc: See attached service list

Sheila Oliver
605 Lindley Avenue
Philadelphia, PA 19120

Georgette Miller, Esq.
335 Evesham Avenue
Lawnside, NJ 08045

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532