United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Sheila Oliver
       Debtor

Case No. 16-10971-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: YvetteWD      Page 1 of 1      Date Rcvd: Feb 07, 2018
                Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2018.
db             +Sheila Oliver,    605 Lindley Ave.,    Philadelphia, PA 19120-3132

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2018                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2018 at the address(es) listed below:
        ANDREW F GORNALL    on behalf of Creditor    Nationstar Mortgage LLC agornall@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        BRIAN CRAIG NICHOLAS    on behalf of Creditor    Nationstar Mortgage LLC bnicholas@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        GEORGETTE MILLER    on behalf of Plaintiff Sheila Oliver info@georgettemillerlaw.com,
        georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
        rlaw.com;r50524@notify.bestcase.com
        GEORGETTE MILLER    on behalf of Debtor Sheila Oliver info@georgettemillerlaw.com,
        georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
        rlaw.com;r50524@notify.bestcase.com
        KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC KMcDonald@blankrome.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
        THOMAS I. PULEO    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                           TOTAL: 9

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Sheila Oliver | Debtor | CHAPTER 13 |
| Nationstar Mortgage LLC | Movant | |
| vs. | | NO. 16-10971 AMC |
| Sheila Oliver | Debtor | |
| William C. Miller, Esq. | Trustee | 11 U.S.C. Section 362 |

### **ORDER**

AND NOW, this 6th day of February , 2018, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is GRANTED, and the Loan Modification Agreement executed on December 22, 2017 is permitted, and the execution of the Agreement by the Debtor and the Movant, and Movant's recordation of the Agreement in the County land records (if applicable) are not a violation of the automatic stay, 11 U.S.C Section 362(a), or of the provisions of 11 USC § 549.

_____

Ashely M. Chan, U.S. Bankruptcy Judge

cc: See attached service list

Sheila Oliver
605 Lindley Avenue
Philadelphia, PA 19120

Georgette Miller, Esq.
335 Evesham Avenue
Lawnside, NJ 08045

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532