Certificate Number: 15317-PAE-DE-035602627

Bankruptcy Case Number: 16-10971



15317-PAE-DE-035602627

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>April 23, 2021</u>, at <u>2:37</u> o'clock <u>PM PDT</u>, <u>Sheila Oliver</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   April 23, 2021

By:   /s/Christel Raz

Name:  Christel Raz

Title:  Counselor