**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Sheila Oliver             CHAPTER 13

      DEBTOR(S)            BANKRUPTCY NO: 16-10971

**CERTIFICATION OF NO RESPONSE**

      I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Application and Proposed Order on <u>April 21, 2021</u>, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

      I respectfully request that the Court enter the attached Order.


Dated:  May 10, 2021            Margolis Edelstein
                                                    <u>/s/ Margolis Edelstein</u>
                                                    100 Century Parkway, Suite 200
                                                    Mt. Laurel, NJ 08054