United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-10971-mdc |
| Sheila Oliver | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 01, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2021:**

**Recip ID     Recipient Name and Address**
db              + Sheila Oliver, 605 Lindley Ave., Philadelphia, PA 19120-3132

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 03, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW F GORNALL | on behalf of Creditor Nationstar Mortgage LLC agornall@kmllawgroup.com  bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Nationstar Mortgage LLC bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| GEORGETTE MILLER | on behalf of Plaintiff Sheila Oliver jcarlson@margolisedelstein.com;mcon1@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com;csmith@margolisedelstein.com |
| GEORGETTE MILLER | on behalf of Debtor Sheila Oliver jcarlson@margolisedelstein.com;mcon1@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com;csmith@margolisedelstein.com |
| KEVIN G. MCDONALD | on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 01, 2021 | Form ID: pdf900 | Total Noticed: 1 |

MATTEO SAMUEL WEINER
    on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com

THOMAS I. PULEO
    on behalf of Creditor Nationstar Mortgage LLC tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com

TRANG V TRUONG
    on behalf of Creditor Wells Fargo Bank  N.A. trangtruong@wellsfargo.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re: Sheila Oliver                :        Chapter 13
                                    :
Debtor(s).                          :        Bankruptcy No. 16-10971

### SUPPLEMENTAL ORDER TO ALLOW COUNSEL FEES

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s) counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response.

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**
2. Compensation in the amount of $1820.00 and reimbursement of expenses in the amount of $30.00 are **ALLOWED** in favor of the Applicant.
3. The Chapter 13 trustee Chapter 13 is authorized to distribute to the Applicant the allowed compensation set forth in paragraph 2 above as an administrative expense pursuant to U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Dated:   June 1, 2021

cc:   William C. Miller
      Chapter 13 Trustee
      1234 Market Street
      Suite# 1813
      Philadelphia, PA 19107

      United States Trustee
      833 Chestnut Street, Suite 500
      Philadelphia, PA 19107

      Sheila Oliver
      605 Lindley Ave
      Philadelphia, PA 19120