United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-10971-mdc |
| Sheila Oliver | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 16, 2021 | Form ID: 138NEW | Total Noticed: 59 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sheila Oliver, 605 Lindley Ave., Philadelphia, PA 19120-3132 |
| cr | | Citibank, N.A., not in its individual capacity but, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| cr | + | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 13675043 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 13748089 | | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14439464 | | Citibank, N.A, Fay Servicing, LLC, PO Box 814609,, Dallas, TX 75381-4609 |
| 13675064 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage Ll, 350 Highland Dr, Lewisville, TX 75067 |
| 13675071 | + | Target Nb, Po Box 673, Minneapolis, MN 55440-0673 |
| 13675072 | + | Td Bank Usa/Targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 13675074 | + | Tworkers Fcu, 919 E Cayuga St, Philadelphia, PA 19124-3817 |
| 14386464 | | U.S. Bank National Association, not in its individ, PO Box 814609, Dallas, TX 75381-4609 |
| 13736327 | | Wells Fargo Bank NA, PO Box 10438, Des Moines IA 50306-0438 |
| 14263253 | + | Wells Fargo Bank, NA, PO Box 14487, Des Moines, IA 50306-3487 |
| 13675075 | + | Wffnatlbnk, Po Box 94498, Las Vegas, NV 89193-4498 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 16 2021 23:45:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 16 2021 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 16 2021 23:45:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2021 23:49:23 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13675051 | | Email/Text: megan.harper@phila.gov | Jun 16 2021 23:45:00 | City of Philadelphia, Department of Revenue, PO Box 1630, Philadelphia, PA 19105-1630 |
| 13675044 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 16 2021 23:43:00 | Cb/Cathrns, Po Box 182789, Columbus, OH 43218-2789 |
| 13675045 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 16 2021 23:43:23 | Cb/Drssbrn, Po Box 182789, Columbus, OH 43218-2789 |
| 13675046 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 16 2021 23:43:00 | Cb/Lnbrynt, Po Box 182789, Columbus, OH 43218-2789 |
| 13675047 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 16 2021 23:43:00 | Cb/Wmnwthn, Po Box 182789, Columbus, OH |

Case 16-10971-mdc   Doc 78   Filed 06/18/21   Entered 06/19/21 00:38:04   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 16, 2021 | Form ID: 138NEW | Total Noticed: 59 |

| Recipient # | | Notice Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 13675048 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 17 2021 00:08:13 | Cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 13675050 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 17 2021 00:08:13 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 13675052 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 16 2021 23:43:23 | Comenity Bank/Lnbryant, Po Box 182789, Columbus, OH 43218-2789 |
| 13716966 | + | Email/Text: bankruptcy@sccompanies.com | Jun 16 2021 23:46:23 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 13675053 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 16 2021 23:49:09 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 13675054 | + | Email/Text: mrdiscen@discover.com | Jun 16 2021 23:43:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 13675055 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 16 2021 23:44:00 | Jefferson Capital Syst, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 13734227 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 16 2021 23:44:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 13675049 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 16 2021 23:49:28 | Chase, P.O. Box 15298, Wilmington, DE 19850 |
| 13716970 | + | Email/Text: bankruptcy@sccompanies.com | Jun 16 2021 23:43:23 | K. Jordan, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 13675056 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 16 2021 23:43:00 | Kohls/Capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 13675057 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 16 2021 23:43:00 | Lane Bryant Retail/Soa, 450 Winks Ln, Bensalem, PA 19020-5932 |
| 13685107 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 17 2021 10:34:02 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 13716969 | + | Email/Text: bankruptcy@sccompanies.com | Jun 16 2021 23:43:00 | Mason, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 13716967 | + | Email/Text: bankruptcy@sccompanies.com | Jun 16 2021 23:43:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 13675058 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 16 2021 23:49:25 | Merrick Bank, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 13675059 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 16 2021 23:44:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 13675060 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 16 2021 23:44:00 | Midland Funding LLC, PO Box 939019, San Diego, CA 92193-9019 |
| 13675061 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 16 2021 23:44:00 | Midland Funding LLC, 8875 Aero Drive, San Diego, CA 92123-2255 |
| 13690604 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 16 2021 23:44:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 13716964 | + | Email/Text: bankruptcy@sccompanies.com | Jun 16 2021 23:46:23 | Monroe & Main, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 13675062 | + | Email/Text: bankruptcy@sccompanies.com | Jun 16 2021 23:46:23 | Monroe And Main, 1112 7th Ave, Monroe, WI 53566-1364 |
| 13675063 | + | Email/Text: bankruptcy@sccompanies.com | Jun 16 2021 23:46:23 | Montgomery Ward, 1112 7th Ave, Monroe, WI 53566-1364 |
| 13716965 | + | Email/Text: bankruptcy@sccompanies.com | Jun 16 2021 23:46:23 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 13764886 | | Email/Text: blegal@phfa.org | Jun 16 2021 23:44:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 13675065 | + | Email/Text: blegal@phfa.org | Jun 16 2021 23:44:00 | Pa Housing Finance Age, 211 N Front St, |

Case 16-10971-mdc    Doc 78    Filed 06/18/21    Entered 06/19/21 00:38:04    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 16, 2021 | Form ID: 138NEW | Total Noticed: 59 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Harrisburg, PA 17101-1406 |
| 13714882 | + | Email/Text: bankruptcy@sccompanies.com | Jun 16 2021 23:46:23 | Seventh Avenue, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 13675066 | + | Email/Text: bankruptcy@sccompanies.com | Jun 16 2021 23:46:23 | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 13716968 | + | Email/Text: bankruptcy@sccompanies.com | Jun 16 2021 23:43:23 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 13675067 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2021 23:49:24 | Syncb/Care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 13675068 | | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2021 23:49:24 | Syncb/Empr, Po Box 981439, El Paso, TX 79998-1439 |
| 13675069 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2021 23:49:24 | Syncb/Pearle Vision, C/O Po Box 965036, Orlando, FL 32896-0001 |
| 13675070 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2021 23:49:24 | Syncb/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 13681957 | | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2021 23:49:25 | Synchrony Bank, c/o Recovery Management Systems Corp, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13753564 | + | Email/Text: bncmail@w-legal.com | Jun 16 2021 23:44:23 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13675073 | + | Email/Text: bankruptcy@sccompanies.com | Jun 16 2021 23:46:23 | Through The Country Do, 1112 7th Ave, Monroe, WI 53566-1364 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CitiBank, N.A., |
| cr | * | U.S. Bank National Association, not in its individ, PO Box 814609, Dallas, TX 75381-4609 |
| 13749874 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage, LLC, PO BOX 619096, Dallas, TX 75261 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 18, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2021 at the address(es) listed below:

**Name**        **Email Address**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jun 16, 2021 | Form ID: 138NEW | Total Noticed: 59 |

ANDREW F GORNALL
    on behalf of Creditor Nationstar Mortgage LLC agornall@kmllawgroup.com  bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Nationstar Mortgage LLC bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

GEORGETTE MILLER
    on behalf of Plaintiff Sheila Oliver
    jcarlson@margolisedelstein.com;mcon1@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com;csmith@margolisedelstein.com

GEORGETTE MILLER
    on behalf of Debtor Sheila Oliver
    jcarlson@margolisedelstein.com;mcon1@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com;csmith@margolisedelstein.com

KEVIN G. MCDONALD
    on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com

MATTEO SAMUEL WEINER
    on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com

THOMAS I. PULEO
    on behalf of Creditor Nationstar Mortgage LLC tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com

TRANG V TRUONG
    on behalf of Creditor Wells Fargo Bank  N.A. trangtruong@wellsfargo.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Sheila Oliver
       Debtor(s)                                  Bankruptcy No: 16−10971−mdc
                                                         Chapter: 13

---

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                        900 Market Street
                            Suite 400
                        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                         For The Court
                                                                 Timothy B. McGrath
                                                                    Clerk of Court

Dated: 6/16/21

                                                                                          77 − 76
                                                                       Form 138_new